United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Larie Ann Stroble  
John Morris Stroble  
    Debtors

Case No. 19-02267-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 1  
Date Rcvd: Apr 01, 2021     Form ID: nttext     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Larie Ann Stroble, John Morris Stroble, 8130 Pleasant Valley Rd, Cogan Station, PA 17728-8523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Robert Caffese | on behalf of Debtor 2 John Morris Stroble ecf@jrcfirm.com kevin@jrcfirm.com |
| John Robert Caffese | on behalf of Debtor 1 Larie Ann Stroble ecf@jrcfirm.com kevin@jrcfirm.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larie Ann Stroble | Chapter 13 |
| **Debtor 1** | Case number 4:19−bk−02267−HWV |
| John Morris Stroble | |
| **Debtor 2** | |

## Notice

A hearing in this matter is currently scheduled for 4/23/2021. ALL HEARINGS IN THE WILLIAMSPORT DIVISION WILL BE HEARD REMOTELY VIA ZOOM. THERE WILL BE NO IN COURT APPEARANCE. PARTIES SEEKING AN EVIDENTIARY HEARING SHOULD CONTACT THE COURT TO SCHEDULE IT FOR ANOTHER LOCATION. The information regarding our remote hearing system can be found on our webpage http://www.pamb.uscourts.gov, under the section Remote Appearance Guide. The Court will not be using Courtcall. All other information on the original Notice will remain in full force and effect. (RE: related document(s)38). (Boyle, Cindy)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 1, 2021 |

Notice Text Entries (Form nttext) (3/20)