In re:  Case No. 19-02267-MJC
Larie Ann Stroble  Chapter 13
John Morris Stroble
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: AutoDocke    Page 1 of 2
Date Rcvd: Aug 20, 2021    Form ID: ordsmiss    Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Larie Ann Stroble, John Morris Stroble, 8130 Pleasant Valley Rd, Cogan Station, PA 17728-8523 |
| 5203310 | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 5321083 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5321082 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5203308 | Stroble John Morris, 8130 Pleasant Valley Rd, Cogan Station, PA 17728-8523 |
| 5203307 | Stroble Larie Ann, 8130 Pleasant Valley Rd, Cogan Station, PA 17728-8523 |
| 5203312 | Susquehanna Health, Attn: Bankruptcy, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 5203313 | Susquehanna Health Medical, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 5203314 | Susquehanna Physician, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 5203315 | Verizon, 4514 N Santa Fe Ave, Oklahoma City, OK 73118-7902 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: RECOVERYCORP.COM | Aug 20 2021 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5217772 | EDI: CAPITALONE.COM | Aug 20 2021 22:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5203311 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 18:34:34 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5240474 | + EDI: RMSC.COM | Aug 20 2021 22:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5203309 | ## | Caffese Law Firm, 803 Main St, Stroudsburg, PA 18360-1601 |
| 5231055 | ##+ | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Robert Caffese | on behalf of Debtor 2 John Morris Stroble ecf@jrcfirm.com  kevin@jrcfirm.com |
| John Robert Caffese | on behalf of Debtor 1 Larie Ann Stroble ecf@jrcfirm.com  kevin@jrcfirm.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larie Ann Stroble, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 4:19−bk−02267−MJC |
| John Morris Stroble, | |
| **Debtor 2** | |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 20, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)